AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Initisar Nai'm

V.

Condoleezza Rice

**SUMMONS IN A CIVIL CASE**

( CASE NUMBER   1:06CV02237

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 12/28/2006

TO: (Name and address of Defendant)

Condoleezza Rice
2201  C Street, NW
Wash., DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa Alexis Jones, PLLC
1200 G St NW
Suite 800
Wash., DC. 20005
(202) 434-4507

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

DEC 2 8 2006

CLERK

DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/13/07 3:25p |
| NAME OF SERVER KEVIN A. REID | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): SERVED DESIGNEE AT U.S. DEPT of STATE, BARBARA BARRETT-SPENCER, EXECUTIVE office of LEGAL ADVISOR

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing inform contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/18/07
_____ Date

Signature of Server

P.O. Box 7394 SILVER SPRING, MD 2090[?]
Address of Server