AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Intisar Na'im

V.

Condoleezza Rice

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV02237

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 12/28/2006

TO: (Name and address of Defendant)

US Attorney's Office for D.C.
555 4th St. NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa Alexis Jones, PLLC
1200 G St NW
Suite 800
Wash., DC 20005
(202) 434-4507

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

DEC 28 2006

CLERK                                    DATE



(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/13/07  4:40pm |
| NAME OF SERVER  KEVIN A. REID | TITLE  PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED DESIGNEE, LAKESHA CARROLL AT U. ATTORNEY'S OFFICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/18/07
Date

Signature of Server

Address of Server: P.O. Box 7394 SILVER SPRING, MD 2[...]