```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

INTISAR R. NA'IM,              )
                               )
          Plaintiff,           )
                               )
     v.                        )   C.A. No. 06-2237 (RMU)
                               )
CONDOLEEZA RICE,               )
Secretary of State,            )
                               )
          Defendant.           )
                               )
_____)
```

CONSENT MOTION FOR EXTENSION OF TIME
AS TO CERTAIN DEADLINES SET IN THE
COURT'S MINUTE ORDER OF AUGUST 30, 2007

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves for an extension of time for the first four deadlines set in the Court's minute order entered on August 30, 2007, in this case. The four deadlines are: September 14, 2007, for the filing of initial disclosures and defendant's early motion for summary judgment; October 12, 2007, for plaintiff's opposition to the summary judgment motion; and October 19, 2007, for defendant's reply memorandum in support of the summary judgment motion. For the reason set forth below, defendant proposes that the dates for these events be moved back by one week. Plaintiff's counsel has consented to this motion.

This past Sunday the agency attorney assisting undersigned counsel (Fred E. Haynes) on this case injured her back. She is out of the office this week on sick leave, but it is hoped that she will be able to return to work next week. Because of the

loss of time this week, defendant requests that the four initial deadlines in the case be moved back one week. The new dates that are proposed are: September 21, 2007, for the filing of initial disclosures and defendant's early motion for summary judgment; October 19, 2007, for plaintiff's opposition to the summary judgment motion, and October 26, 2007, for defendant's reply memorandum in support of the summary judgment motion.

Attached is a draft order that reflects the requested relief. This motion for extension of time is being filed in compliance with the Court's standing order, i.e., more than four business days prior to the dates as to which an extension of time is being sought.

>                               Respectfully submitted,
>
>                               JEFFREY A. TAYLOR, D.C. Bar #498610
>                               United States Attorney
>
>                               RUDOLPH CONTRERAS, D.C. Bar #434122
>                               Assistant United States Attorney
>                                       /s/
>                               FRED E. HAYNES, D.C. Bar #165654
>                               Assistant United States Attorney
>                               555 4th Street, N.W., Room E-4110
>                               Washington, D.C. 20530
>                               202.514.7201

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

INTISAR R. NA'IM,              )
                               )
         Plaintiff,            )
                               )
    v.                         )  C.A. No. 06-2237 (RMU)
                               )
CONDOLEEZA RICE,               )
Secretary of State,            )
                               )
         Defendant.            )
                               )
_____)

ORDER

Upon consideration of the consent motion by defendant for an extension of time as to certain deadlines set in the Court's minute order of August 30, 2007, it is this _____ day of _____, 2007,

ORDERED that the motion is granted; and it is further

ORDERED that the following dates will govern the initial four events occurring in this case: September 21, 2007, for the filing of initial disclosures and defendant's early motion for summary judgment; October 19, 2007, for plaintiff's opposition to the summary judgment motion; and October 26, 2007, for defendant's reply memorandum in support of the summary judgment motion.

                           UNITED STATES DISTRICT JUDGE

Copies to counsel for the parties