**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTISAR R. NA'IM )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CONDOLEEZA RICE )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06 CV 2237 (RMU) |

**PLAINTIFF'S CONSENT MOTION TO ENLARGE TIME FOR FILING HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, Intisar Na'im, by and through her undersigned counsel, and hereby respectfully submits the instant Motion for an enlargement of time of one week in which to file plaintiff's opposition to defendant's motion for summary judgment. Plaintiff's opposition is due to be filed on October 19, 2007. The reasons for this request are as follows:

1. Plaintiff has advised defendant's counsel of this motion, and defendant consents to the relief requested.

2. Plaintiff's undersigned counsel has had the following litigation matters pending in the United States Court of Appeals for the District of Columbia that has prevented the timely completion of plaintiff's opposition: oral argument in the matter of Maye v. Gonzales on October 9, 2007; completion and filing of appellant's brief on October 16, 2007, in the matter of Baxter v. the United States.

3. This request is for extraordinary good cause, and will not unduly delay the prosecution of this matter or infirm the rights of defendant.

WHEREFORE, Plaintiff respectfully requests an enlargement of time until October 26,

2007, in which to file plaintiff's opposition to defendant's motion for summary judgment.

              Respectfully submitted,

              /s/ Lisa Alexis Jones
              Lisa Alexis Jones, Esq.
              Lisa Alexis Jones, PLLC
              1200 G Street, N.W., Suite 800
              Washington, D.C. 20005
              (202) 434-4507
              (202) 434-8707 Fax
              orbitcv@erols.com

              *Counsel for Plaintiff*

Dated: October 17, 2007

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of October 2007, I caused to be served via ECF the foregoing Consent Motion to:

  Fred E. Haynes, Esq.
  Assistant United States Attorney
  Civil Division
  555 4th Street, N.W., Room E-4110
  Washington, D.C.  20530

              /s/ Lisa Alexis Jones
              LISA ALEXIS JONES, ESQ.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTISAR R. NA'IM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06 CV 2237 (RMU) |
| ) | |
| CONDOLEEZA RICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of plaintiff's Consent Motion for an Enlargement of Time to File her Opposition to Defendant's Motion for Summary Judgment, and the record herein, it is on this ____ day of October 2007, hereby,

**ORDERED,** that plaintiff's motion be and hereby is **GRANTED.** It is hereby further

**ORDERED**, that plaintiff shall file her opposition on or before October 26, 2007.

_____
Judge Ricardo Urbina
United States District Judge

Lisa Alexis Jones, Esq.
Lisa Alexis Jones, PLLC
1200 G Street, N.W., Suite 800
Washington, D.C. 20005

Fred E. Haynes, Esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E-4110
Washington, D.C.  20530