**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTISAR NA'IM ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 06 CV 2237 (RMU) |
| ) | |
| CONDOLEEZZA RICE ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

### PLAINTIFF'S CONSENT MOTION FOR LEAVE TO LATE FILE CONSENT MOTION FOR AN ENLARGEMENT OF TIME

COMES NOW, plaintiff Intisar Na'im, by and through undersigned counsel, and requests leave to late file plaintiff's motion to enlarge time to file her opposition to defendant's motion for summary judgment. The reasons for this request are the following:

1. Plaintiff has advised counsel for defendant of this motion, and defendant consents to the relief requested herein.

2. The rules of this Court require that motions for enlargements of time be filed four days prior to the deadline in which an enlargement is requested. The opposition in this matter is to be filed on October 19, 2007. Plaintiff's enlargement motion was filed October 17, 2007.

3. Plaintiff's counsel has been diligently preparing and completing a brief which was timely filed in the D.C. Circuit on October 16, 2007. Because of the preparation of that matter, counsel was unable to timely file plaintiff's enlargement request.

4. The request is for extraordinary good cause.

1

WHEREFORE, plaintiff requests leave to late file plaintiff's motion for an enlargement of time.

Dated: October 17, 2007

                                        Respectfully submitted,

                                        /s/ Lisa Alexis Jones
                                        Lisa Alexis Jones
                                        D.C. Bar #421002
                                        1200 G Street, N.W.
                                        Suite 800
                                        Washington, D.C. 20005
                                        (202) 434-4507
                                        (202) 434-8707 Fax
                                        orbitcv@erols.com

                                        *Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 17th day of October 2007, I caused the foregoing motion to be served via ECF to:

Fred Haynes, Esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

                                        /s/ Lisa Alexis Jones
                                        Lisa Alexis Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTISAR NA'IM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06 CV 2237 (RMU) |
| ) | |
| CONDOLEEZZA RICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of plaintiff's Consent Motion for Leave to Late File, and the record herein, is this _____ day of October 2007,

**ORDERED** that plaintiff's motion be and hereby is **GRANTED**. Be it further

**ORDERED** that the plaintiff's Consent Motion for an Enlargement of Time to File her Opposition to Defendant's Motion for Summary Judgment be deemed filed upon the filing of the instant motion.

_____
Ricardo M. Urbina
Judge, United States District Court

Copies to:

Lisa Alexis Jones, Esq.
1200 G Street, N.W., Suite 800
Washington, D.C.  20005
orbitcv@erols.com

Fred Haynes, Esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530