```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

INTISAR R. NA'IM,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )  C.A. No. 06-2237 RMU/DAR
                                 )  (Mediation before Magistrate
CONDOLEEZA RICE,                 )  Judge Robinson)
Secretary of State,              )
                                 )
          Defendant.             )
                                 )
_____)
```

MOTION FOR CONTINUANCE OF THE MEDIATION
SCHEDULED BEFORE MAGISTRATE JUDGE ROBINSON

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves for a continuance of the mediation scheduled for February 6, 2008. The mediation was scheduled with the Magistrate Judge after the initial scheduling hearing in the case. Since then, two developments have occurred that suggest that mediation of the case at this time would not be productive. Defendant has filed an "early" summary judgment motion, and the Court has stayed discovery pending a ruling on that motion. Until there is a decision on that motion, defendant believes that mediation is premature. Consequently, this motion seeks to continue mediation until after there is a resolution of the early summary judgment motion. Undersigned counsel (Fred E. Haynes) has spoken to plaintiff's counsel who has advised him that she will not file an opposition to this motion but she does not consent to it, since she believes that the case should be mediated.

Attached is a draft order that reflects the requested relief.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

                        RUDOLPH CONTRERAS, D.C. Bar #434122
                        Assistant United States Attorney
                                /s/
                        FRED E. HAYNES, D.C. Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., Room E-4110
                        Washington, D.C. 20530
                        202.514.7201

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

INTISAR R. NA'IM,              )
                               )
              Plaintiff,       )
                               )
        v.                     )   C.A. No. 06-2237 RMU/DAR
                               )   (Mediation matter before
CONDOLEEZA RICE,               )    Magistrate Judge Robinson)
Secretary of State,            )
                               )
              Defendant.       )
                               )
_____ )

                              ORDER

Upon consideration of the motion by defendant to continue the mediation scheduled in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that the parties, after Judge Urbina's resolution of defendant's "early" summary judgment motion, advise the Magistrate Judge if and when mediation should be rescheduled.

                                    UNITED STATES MAGISTRATE JUDGE