```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

INTISAR R. NA'IM,              )
                               )
            Plaintiff,         )
                               )
       v.                      )   C.A. No. 06-2237 DAR
                               )   Mediation Matter
CONDOLEEZZA RICE,              )
Secretary of State,            )
                               )
            Defendant.         )
                               )
_____)
```

CONSENT MOTION FOR EXTENSION OF TIME
FOR THE SECOND MEDIATION SESSION

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves for a two-week extension of time, to March 12, 2008, for the second mediation session in this case, which is scheduled for February 27, 2008. Plaintiff's counsel has consented to this motion.

Defendant is exploring internally and with plaintiff's counsel whether there is a non-monetary settlement that can be developed and that is acceptable to plaintiff. The additional time is needed to pursue this possibility and to determine if there is a realistic chance of settling this case.

Attached is a draft order that reflects the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

```
                /s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

INTISAR R. NA'IM,              )
                               )
            Plaintiff,         )
                               )
      v.                       )  C.A. No. 06-2237 DAR
                               )  Mediation Matter
CONDOLEEZZA RICE,              )
Secretary of State,            )
                               )
            Defendant.         )
                               )
_____)
```

## ORDER

Upon consideration of the consent motion by defendant for an extension of time for the second mediation session in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that the second mediation session will be held on ___, 2008, at _____ a.m./p.m.

                              UNITED STATES MAGISTRATE JUDGE

Copies to counsel for the parties