UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTISAR R. NA'IM,                      )
                                       )
              Plaintiff,               )
                                       )
        v.                             )  C.A. No. 06-2237 DAR
                                       )  Mediation Matter
CONDOLEEZZA RICE,                      )
Secretary of State,                    )
                                       )
              Defendant.               )
                                       )
_____)

MOTION FOR EXTENSION OF TIME
FOR THE NEXT MEDIATION SESSION

        Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves
for a two-month extension of time, to August 25, 2008, for the
next mediation session in this case, which is currently scheduled
for June 23, 2008.  As stated in the Court's March 14, 2008,
minute entry in the docket of this case, further settlement dis-
cussions were stayed pending resolution of defendant's motion for
summary judgment.  It is defendant's belief that the next media-
tion session was scheduled for June 23 on the expectation that
defendant's motion would be resolved by then, i.e., as a tickler
date.  The motion has not been decided.  Therefore, defendant
requests that a new date be set for August 25, 2008, in antici-
pation that there will be a resolution by then.

        Attached is a draft order that reflects the requested
relief.  Undersigned counsel has contacted plaintiff's counsel
who states that she does not consent to this motion but that she

will not be filing an opposition.

<div style="margin-left: 3em;">

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney
        /s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
INTISAR R. NA'IM,              )
                              )
            Plaintiff,         )
                              )
        v.                    )   C.A. No. 06-2237 DAR
                              )   Mediation Matter
CONDOLEEZZA RICE,              )
Secretary of State,            )
                              )
            Defendant.         )
                              )
_____)
```

ORDER

Upon consideration of the motion by defendant for an extension of time for the next mediation session in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that the second mediation session will be held on ___, 2008, at _____a.m./p.m.


UNITED STATES MAGISTRATE JUDGE

Copies to counsel for the parties